**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Jessica Brown,<br><br>          Plaintiff,<br><br>  v.<br><br>FFIC Walmart,<br><br>          Defendant. | Case No. 2:24-cv-00473-RFB-BNW<br><br>**ORDER** |

Before the Court is Plaintiff's application to proceed *in forma pauperis*. ECF No. 4. Plaintiff initiated this case on March 11, 2024, when she filed her first application and complaint. ECF Nos. 1, 1-1. Plaintiff's first application did not comply with Local Rule LSR 1-2. As a result, the Court denied her application. ECF No. 3.

Plaintiff's current application suffers from same deficiencies as the previous one. Local Rule LSR 1-2 states the following:

> When submitting an application to proceed in forma pauperis, an incarcerated or institutionalized person must simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application. If the applicant has been at the institution for fewer than six months, the certificate must show the account's activity for this shortened period.

Local Rule LSR 1-2. Plaintiff's application does not contain (1) a certificate from the institution certifying the amount of funds currently held in her trust account and (2) the net deposits in her account for the six months before she submitted the application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that Plaintiff's application at ECF No. 4 is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to send Plaintiff blank application to proceed *in forma pauperis* by an inmate, as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by April 24, 2024, Plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments; or (2) pay the full fee for filing a civil action.

**IT IS FURTHER ORDERED** that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 11, 2024

Brenda Weksler
United States Magistrate Judge