**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Jessica Brown, | Case No. 2:24-cv-00473-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| FFIC Walmart, | |
| Defendant. | |

Before the Court is Plaintiff's renewed application to proceed *in forma pauperis (*IFP*)*. ECF No. 6. In addition, Plaintiff filed a motion for the appointment of counsel. ECF No. 7.

As explained before, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP **and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution**. If the Plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's IFP application is incomplete because it does not include an inmate account statement for the past six months or a financial certificate from the institution where she is incarcerated. The Court, therefore, will deny Plaintiff's IFP application without prejudice. Plaintiff must properly complete her IFP application or pay the full filing fee for this action. If Plaintiff chooses to file an IFP application, she must file a complete application including all the documents referenced in this Order.

This Court must first approve Plaintiff's application to proceed *in forma pauperis* and screen her complaint to ensure she is alleging claims upon which relief can be granted before this Court can consider whether appointment of counsel is appropriate. As a result, this Court will

deny her motion for the appointment of counsel without prejudice. Once her applications to proceed in forma pauperis and her claims have been screened she may renew the motion for the appointment of counsel.

IT IS THEREFORE ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 6) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate, as well as the accompanying instruction packet. Plaintiff is instructed to attach the documents bolded above.

IT IS FURTHER ORDERED that by **May 22, 2024**, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full fee for filing a civil action.

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF No. 7) is DENIED.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: April 23, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE